# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA (ISN 1463),<br><br>Petitioners,<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-1048 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [~~PROPOSED~~] ORDER

Upon consideration of Respondents' *Ex Parte* Motion for Extension of Time to Complete

Production to Petitioner's Counsel of Less-redacted Versions of Documents Previously

Disclosed, it is hereby ORDERED that Respondents' Motion is GRANTED *in part and DENIED in part.* Respondents shall

produce the less-redacted versions of the remaining documents no later than ~~May 3~~ *April 22*, 2016. *This will not be further extended.*

It is so ORDERED this *19th* day of *April*, 2016.

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE